UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:20-06492 PA (ADS)                                  Date:   December 7, 2020

Title:  *Jesse Sanchez v. United States of America, et al.*

Present:  The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):         Attorney(s) Present for Respondent(s):
                None Present                                                   None Present

**Proceedings:     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO RESPOND TO PETITION**

   Before the Court is Petitioner Jesse Sanchez's Petition for Writ of Habeas Corpus by a Person in Federal Custody.  [Dkt. No. 1].  On August 14, 2020, the Court issued an Order Requiring Response to Petition, ordering Respondents to file either a Motion to Dismiss within thirty (30) days or an Answer within forty-five (45) days of the date of the Order.  [Dkt. No. 5].  Respondent has not filed a response to the Petition or otherwise communicated with the court since the Court's Order.

   **By no later than December 21, 2020,** Respondent is ordered to show cause in writing why this action should not be sanctioned for failure to file a response to the Petition and failure to follow court orders.  See L.Rs. 7-12, 83-7.

   **IT IS SO ORDERED.**

Initials of Clerk kh