JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SANCHEZ,<br><br>              Petitioner,<br><br>              v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Respondent. | Case No. 2:20-cv-6492-PA (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** with prejudice.

Dated: June 7, 2021

_____
PERCY ANDERSON
United States District Judge